FILED
CLERK, U.S. DISTRICT COURT

JAN 23 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. Manuel Vaca DEFENDANT(S). | 13-145 |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _Jan 25_, _2013_, at _11:00_ ☒ a.m. / ☐ p.m. before the Honorable _Rick_, in Courtroom _341_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _1/23/13_

_____
U.S. District Judge/Magistrate Judge